Case 3:16-cv-00917-JAH-MDD   Document 14   Filed 10/24/16   Page 1 of 1

Roy Tuck
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-840-1551

Plaintiff In Pro Se

# IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH TUCK, | Case No. 3:16-CV-00917-JAH-MDD |
| Plaintiff, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| MERRICK BANK CORPORATION, EQUIFAX INC., TRANS UNION LLC., EXPERIAN INFORMATION SOLUTIONS INC., Does 1-25, | |
| Defendants. | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now, DEBORAH TUCK, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily dismisses the **ENTIRE** above-entitled action filed against all named defendants without prejudice forthwith.

**All** named defendants as of October 19, 2016 have *all reached mutual settlement agreements* with me the Plaintiff, DEBORAH TUCK and I hereby request that this "ENTIRE" Ninth District federal case should be closed/dismissed forthwith.

Respectfully submitted,

Dated This 19th day of October 2016      _____

DEBORAH TUCK, *PLAINTIFF IN PRO SE*

REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE                      PAGE 1